UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
JACKSON, CLIFTON E., JR.

Case No.: 17-10964-ABA  
Chapter: 7  
Judge: Andrew B. Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on March 28, 2017, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 3002 POWELL AVENUE, PENNSAUKEN NJ 08110<br>(FMV $205,000.00) |
|---|---|

| Liens on property: | $250,381.00 - JP Morgan |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:        Andrew Sklar, Chapter 7 Trustee

Address:     1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 17-10964-ABA
Clifton E. Jackson, Jr.                                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Feb 21, 2017
                              Form ID: pdf905          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2017.
db         +Clifton E. Jackson, Jr.,   3002 Powell Avenue,   Pennsauken, NJ 08110-1129
516601843  +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
             Arlington, TX 76096-3853
516596526  +Chase Bank USA, NA,   c/o United Collection Bureau,   5620 Southwyck Blvd, Suite 206,
             Toledo, OH 43614-1501
516596527  +Financial Recoveries,   200 E Park Dr, Ste 100,   Mount Laurel, NJ 08054-1297
516596528   First National Credit Card,   P.O. Box 5097,   Sioux Falls, SD 57117-5097
516596529  +GM Financial,   P.O. Box 181149,   Arlington, TX 76096-1149
516596531  +IRS-NJ Assistant Attorney General,   Department of Justice Tax Division,
             Civil Trial Section, Eastern Region,   P.O. Box 227, Ben Franklin Station,
             Washington, DC 20044-0227
516596535  +JP Morgan Chase,   c/o KML Law Group, PC,   216 Haddon Ave, Ste 406,
             Collingswood, NJ 08108-2812
516596534  +JP Morgan Chase,   c/o Select Portfolio Servicing, Inc.,   3217 S. Decker Lake Drive,
             Salt Lake City, UT 84119-3284
516596536  +JPMorgan Chase Bank N.A.,   c/o KML Law Group, P.C.,   216 Haddon Avenue, Suite 406,
             Collingswood, NJ 08108-2812
516596537  +Midland Funding LLC,   227 W Trade St, Ste 1610,   Charlotte, NC 28202-1676
516596538  +Midwest Recovery System,   2747 W Clay St, Ste A,   Saint Charles, MO 63301-2557
516596539  +OneMain,   PO Box 499,   Hanover, MD 21076-0499
516596540   South Jersey Federal Credit Union,   P.O. Box 37603,   Philadelphia, PA 19101-0603
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2017 23:19:09     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2017 23:19:08     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516596530   E-mail/Text: cio.bncmail@irs.gov Feb 21 2017 23:18:57     IRS,
             Centralized Insolvency Operation,   P.O. Box 7346,   Philadelphia, PA 19101-7346
516596533  +E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2017 23:19:09     IRS-NJ United States Attorney,
             970 Broad Street, 5th Floor,   Newark, NJ 07102-2534
516596541  +E-mail/Text: bankruptcy@sw-credit.com Feb 21 2017 23:19:09     Southwest Credit System,
             4120 International Pkwy,   Carrollton, TX 75007-1958
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516596542       Wife Auto Lien - Chev Impala
516596532*     +IRS-NJ Office of Chief Counsel,   SB/SE Division Counsel,   Suite 1500,   One Newark Center,
                 Newark, NJ 07102-5211
                                                                                              TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2017 at the address(es) listed below:
              Andrew Sklar    andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert Braverman    on behalf of Debtor Clifton E. Jackson, Jr. robert@bravermanlaw.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4