**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Clifton E. Jackson Jr. | Social Security number or ITIN   xxx–xx–0432 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–10964–ABA | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Clifton E. Jackson Jr.

4/28/17                                                                              **By the court:** Andrew B. Altenburg Jr.
                                                                                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                   Case No. 17-10964-ABA
Clifton E. Jackson, Jr.                                  Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-1        User: admin            Page 1 of 2        Date Rcvd: Apr 28, 2017
                            Form ID: 318           Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2017.
db             +Clifton E. Jackson, Jr.,    3002 Powell Avenue,    Pennsauken, NJ 08110-1129
516601843      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
516596526      +Chase Bank USA, NA,    c/o United Collection Bureau,    5620 Southwyck Blvd, Suite 206,
                 Toledo, OH 43614-1501
516596527      +Financial Recoveries,    200 E Park Dr, Ste 100,    Mount Laurel, NJ 08054-1297
516596528       First National Credit Card,    P.O. Box 5097,    Sioux Falls, SD 57117-5097
516596529      +GM Financial,    P.O. Box 181149,    Arlington, TX 76096-1149
516596531      +IRS-NJ Assistant Attorney General,    Department of Justice Tax Division,
                 Civil Trial Section, Eastern Region,    P.O. Box 227, Ben Franklin Station,
                 Washington, DC 20044-0227
516596535      +JP Morgan Chase,    c/o KML Law Group, PC,    216 Haddon Ave, Ste 406,
                 Collingswood, NJ 08108-2812
516596534      +JP Morgan Chase,    c/o Select Portfolio Servicing, Inc.,    3217 S. Decker Lake Drive,
                 Salt Lake City, UT 84119-3284
516596536      +JPMorgan Chase Bank N.A.,    c/o KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
                 Collingswood, NJ 08108-2812
516596537      +Midland Funding LLC,    227 W Trade St, Ste 1610,    Charlotte, NC 28202-1676
516596538      +Midwest Recovery System,    2747 W Clay St, Ste A,    Saint Charles, MO 63301-2557
516596539      +OneMain,    PO Box 499,    Hanover, MD 21076-0499
516758990      +Regional Ortho c/o,    Scott H. Marcus & Associates,    121 Johnson Road,
                 Turnersville, NJ 08012-1758
516596540       South Jersey Federal Credit Union,    P.O. Box 37603,    Philadelphia, PA 19101-0603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 28 2017 23:54:53      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 28 2017 23:54:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: PHINAMERI.COM Apr 28 2017 23:33:00      AmeriCredit Financial Services, Inc.,
                 PO Box 183853,    Arlington, TX 76096
516596530       EDI: IRS.COM Apr 28 2017 23:33:00      IRS,   Centralized Insolvency Operation,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
516596533      +E-mail/Text: usanj.njbankr@usdoj.gov Apr 28 2017 23:54:53      IRS-NJ United States Attorney,
                 970 Broad Street, 5th Floor,    Newark, NJ 07102-2534
516764334      +E-mail/Text: bankruptcy@southjerseyfcu.com Apr 28 2017 23:54:49
                 South Jersey Federal Credit Union,    1615 Hurffville Road,    PO Box 5530,
                 Deptford, NJ 08096-0530
516596541      +EDI: SWCR.COM Apr 28 2017 23:33:00      Southwest Credit System,    4120 International Pkwy,
                 Carrollton, TX 75007-1958
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516596542       Wife Auto Lien - Chev Impala
cr*            +South Jersey Federal Credit Union,    1615 Hurffville Road,    PO Box 5530,
                 Deptford, NJ 08096-0530
516596532*     +IRS-NJ Office of Chief Counsel,    SB/SE Division Counsel,   Suite 1500,   One Newark Center,
                 Newark, NJ 07102-5211
                                                                                  TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-1            User: admin                  Page 2 of 2             Date Rcvd: Apr 28, 2017
                                Form ID: 318                 Total Noticed: 22
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2017 at the address(es) listed below:
              Andrew    Sklar     andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon     on behalf of Creditor     JPMorgan Chase Bank N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert    Braverman     on behalf of Debtor Clifton E. Jackson, Jr. robert@bravermanlaw.com
              Robert J. Malloy     on behalf of Creditor     South Jersey Federal Credit Union
               ecf.rjmalloylaw@gmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                  TOTAL: 5
```